1  COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983

FILED

3  Name  Anguiano Ramon
4      (Last)        (First)        (Initial)
5  Prisoner Number  F-00463
6  Institutional Address  SQRC Gym #142
7                          San Quentin CA  94964

9           UNITED STATES DISTRICT COURT
           NORTHERN DISTRICT OF CALIFORNIA

11  Anguiano
    (Enter the full name of plaintiff in this action.)

                                    CV 08   00645
12           vs.                    Case No. _____ RMW
                                    (To be provided by the clerk of court)
13  CDCR Director Tilman
14  ( et ali e Coutra, Does )       COMPLAINT UNDER THE
                                    CIVIL RIGHTS ACT,
15  1-100)                          42 U.S.C §§ 1983

17  (Enter the full name of the defendant(s) in this action))

18  [All questions on this complaint form must be answered in order for your action to proceed..]
19  1.  Exhaustion of Administrative Remedies
20  [Note: You must exhaust your administrative remedies before your claim can go
21  forward. The court will dismiss any unexhausted claims.]
22      A.  Place of present confinement  San Quentin
23      B.  Is there a grievance procedure in this institution?
24              YES ( )     NO (✓)
25      C.  Did you present the facts in your complaint for review through the grievance
26          procedure?
27              YES ( )     NO (✓)
28      D.  If your answer is YES, list the appeal number and the date and result of the

COMPLAINT                    - 1 -

appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

1. Informal appeal _____ N/A _____

_____ N/A _____ 2. First formal level _____

3. Second formal level _____ N/A _____

_____ N/A _____ 4 Third formal level _____

E. Is the last level to which you appealed the highest level of appeal available to you?

    YES ( )    NO (✓)

F. If you did not present your claim for review through the grievance procedure, explain why. **I talked to staff whom claimed they would Release me.**

II. Parties

A. Write your name and your present address. Do the same for additional plaintiffs, if any.

**Ramon Anguiano
SQRC #G142
San Quentin CA 94964**

B. Write the full name of each defendant, his or her official position, and his or her

COMPLAINT      - 2 -

1 place of employment.
2 CDCR Director Tilman
3 et alII Does 1-100, CDC and BPT.
4
5
6 _____ III.
7 Statement of Claim
8  State here as briefly as possible the facts of your case. Be sure to describe how each
9 defendant is involved and to include dates, when possible. Do not give any legal arguments or
10 cite any cases or statutes. If you have more than one claim, each claim should be set forth in a
11 separate numbered paragraph.
12 I was to Released on January 6th, 2008
13 per my plea deal with the state. I am
14 still in Custody.
15
16
17
18
19
20
21
22
23
24
25 IV. Relief
26  Your complaint cannot go forward unless you request specific relief. State briefly exactly
27 what you want the court to do for you. Make no legal arguments; cite no cases or statutes.
28 I wish to be Released from Costody and

COMPLAINT      - 3 -

1  Paided For each day that I spent in excess of
2  my Plea Deal. Any other Remedies the court
3  sees fit.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __12th__ day of __January__, 20__08__

_____(Ramon signature)_____
(Plaintiff's signature)

COMPLAINT                           - 4 -



Anguiano F00463
SQSP 142 89m
San Quentin CA
94964

Legal Mail

% Court Clerk
United States District Court
Northern District of California
450 Golden Gate Ave
San Francisco CA
94102