FILED

08 JAN 28 A 10: 48

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Anguiano                    Plaintiff,   )   CV 08    00645
                                         )                      RMW
vs.                                      )   CASE NO. _____
                                         )
CDCR Tilman                              )   PRISONER'S
                                         )   APPLICATION TO PROCEED
                            Defendant.   )   IN FORMA PAUPERIS
_____)

I, Ramon Anguiano, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.      Are you presently employed? Yes ____ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____∅_____   Net: _____∅_____

Employer: _____∅_____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____Anguiano landscaping_____
5  _____
6  _____

7  2.  Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9  a. Business, Profession or                                  Yes ____ No ✓
10    self employment

11 b. Income from stocks, bonds,                               Yes ____ No ✓
12    or royalties?

13 c. Rent payments?                                           Yes ____ No ✓

14 d. Pensions, annuities, or                                  Yes ____ No ✓
15    life insurance payments?

16 e. Federal or State welfare payments,                       Yes ____ No ✓
17    Social Security or other govern-
18    ment source?

19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.
21 _____N/a_____
22 _____

23 3. Are you married?                                         Yes ____ No ✓
24 Spouse's Full Name: _____N/a_____
25 Spouse's Place of Employment: _____N/a_____
26 Spouse's Monthly Salary, Wages or Income:
27 Gross $_____0_____   Net $_____0_____
28 4.  a. List amount you contribute to your spouse's support:$ _____0_____

b.  List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_____ N/A _____

_____

5.  Do you own or are you buying a home?    Yes ____ No ✓

Estimated Market Value: $ ___0___   Amount of Mortgage: $ ___0___

6.  Do you own an automobile?    Yes ____ No ✓

Make ___N/A___ Year _____ Model _____

Is it financed? Yes ____ No ✓  If so, Total due: $ _____

Monthly Payment: $ ___0___

7.  Do you have a bank account? Yes ____ No ✓ (Do not include account numbers.)

Name(s) and address(es) of bank: ___N/A___

_____

Present balance(s): $ ___N/A___

Do you own any cash? Yes ____ No ✓ Amount: $ ___0___

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ____ No ✓

_____

8.  What are your monthly expenses?

Rent: $ ___0___   Utilities: ___0___

Food: $ ___0___   Clothing: ___0___

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| 0 | $ 0 | $ 0 |
| | $ | $ |
| | $ | $ |

9. Do

1 | you have any other debts? (List current obligations, indicating amounts and to whom they are
2 | payable. Do not include account numbers.)
3 | _____ N/A _____
4 | _____
5 | 10.    Does the complaint which you are seeking to file raise claims that have been presented
6 | in other lawsuits?    Yes ___ No ✓
7 | Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8 | which they were filed.
9 | _____ N/A _____
10 | _____
11 |     I consent to prison officials withdrawing from my trust account and paying to the court
12 | the initial partial filing fee and all installment payments required by the court.
13 |     I declare under the penalty of perjury that the foregoing is true and correct and
14 | understand that a false statement herein may result in the dismissal of my claims.
15 |
16 | Jan 12, 2008                           Ramon Gyuna
17 |     DATE                              SIGNATURE OF APPLICANT
18 |
19 |         Accounting Statement Requested 01/12/08
20 |
21 |
...
28 |

US. APP. TO PROC. IN FORMA PAUPERIS, Case No._____     - 4 -