C08-645 RMW

FILED FEB 0? 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED

1/29/08

To Whom It may Concern may I please know about the status on my complaint on being held pass my Release date 11 days pass by date this is my new adderess of stay and the complaint is towards San Quentin state prison but If there Is any Information you need please contact me any time possible or write to me please thank you

Adderess:
225 East Colorado St
Fairfield ca, 94533
Tel: (707) 399-8029

Sincerly
Ramer Onjinued



OAKLAND CA 94<!-- -->
29 JAN 2008 PM 2
USA 41

c/o Court Clerk
United States District Court
Northern District of California
450 Golden gate Ave
San Francisco ca, 94102

Ramon Anguiano
285 East Colorado St
Fairfield Ca, 94533