*E-FILED - 10/15/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAMON ANGUIANO, | ) | No. C 08-0645 RMW (PR) |
| Plaintiff, | ) | JUDGMENT |
| vs. | ) | |
| TILMAN, et al., | ) | |
| Defendants. | ) | |

An order of judgment is hereby entered DISMISSING this civil rights action without prejudice for failure to prosecute and to comply with the court's order.

IT IS SO ORDERED.

DATED: 10/10/08

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
P:\PRO-SE\SJ.Rmw\CR.08\Anguiano645jud.wpd         1